UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Gentiva Securities Litigation | Civil Action No: 10-5064 (ADS) (WDW) <br><br> **ELECTRONICALLY FILED** |

NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Lauren I. Dubick, Esq. of the law firm of Kaplan Fox & Kilsheimer LLP, 850 Third Avenue, 14th Floor, New York, NY 10022, hereby enters her appearance as Counsel for the Lead Plaintiff, Los Angeles City Employees' Retirement System in the above captioned matter. All future pleadings should be served upon Lauren I. Dubick, Esq. at the above-referenced address.

DATED:   October 23, 2013
         New York, New York

Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**

By: /s/ *Lauren I. Dubick*
     Lauren I. Dubick
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714

*Counsel for Lead Plaintiff the Los Angeles City Employees' Retirement System*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 23, 2013, I caused to be electronically filed the foregoing paper with the Clerk of the Court using the ECF System, which will electronically send notification of such filing to the registered participants.

                                                /s/ *Lauren I. Dubick*
                                                  Lauren I. Dubick