UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

IN RE GENTIVA SECURITIES LITIGATION

**JUDGMENT**
CV-10-5064 (ADS)(WDW)

-------------------------------------------------------------X

A Memorandum of Decision and Order of Honorable Arthur D. Spatt, United States District Judge, having been filed on March 3, 2014, granting in part and denying in part Plaintiff's motion pursuant to Rule 54 of the Federal Rules of Civil Procedure, granting the motion to the extent the Plaintiff seeks final judgment for the claims brought pursuant to the 1933 Act as to all the Defendants, denying the motion to the extent the Plaintiff seeks final judgment for claims brought pursuant to the 1934 Act as to Gentiva, Strange, Potapchuck, and Slusser, and directing the Clerk of Court to enter final judgment in favor of the Defendants on the 1933 Act claims, it is

**ORDERED AND ADJUDGED** that final judgment is hereby entered in favor of all Defendants for claims brought pursuant to the 1933 Act.

Dated:  Central Islip, New York
        March 5, 2014

DOUGLAS C. PALMER
CLERK OF THE COURT

By:    /s/ Catherine Vukovich
       Deputy Clerk