

Kaplan Fox & Kilsheimer LLP
850 Third Avenue
New York, NY  10022
phone  212.687.1980
fax  212.687.7714
email  mail@kaplanfox.com
www.kaplanfox.com

April 7, 2014

**VIA EXPRESS MAIL and ECF**

Judge Arthur D. Spatt
U.S. District Court
Eastern District of New York
100 Federal Plaza
P.O. Box 9014
Central Islip, NY 11722-9014

Re:   *In re Gentiva Securities Litigation*
      **Civil Action No. 10-5064 (ADS) (WDW)**

Dear Judge Spatt:

On behalf of Lead Plaintiff, Los Angeles City Employees' Retirement System, we write to request that the Court schedule a conference pursuant to Rule 16 of the Federal Rules of Civil Procedure within the next 30 to 45 days, if practicable, to discuss with the parties case management, scheduling and other pertinent matters. It is our understanding that Defendant does not oppose this request.

Respectfully Submitted,

Joel B. Strauss

cc:   John A. Neuwirth, Esq. (via email)
      Joshua S. Amsel, Esq. (via email)
      Jeffery P. Campisi, Esq. (via email)

NEW YORK, NY          LOS ANGELES, CA          SAN FRANCISCO, CA

MORRISTOWN, NJ          CHICAGO, IL