| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: WILLIAM D. WALL<br>         U.S. MAGISTRATE JUDGE | DATE: 5/13/2014<br>TIME:  11:30 |

CASE:  **CV 10-5064 (ADS) (WDW)** In re Gentiva Securities Litigation

TYPE OF CONFERENCE: RULE 16 CONFERENCE

APPEARANCES:   Plaintiff        Joel Strauss

               Defendant        John Neuwirth

                                 Stefania Venezia

**SCHEDULING:** The next Telephonic Status conference will be held on March 31, 2015 at 11:00 a.m., the plaintiff to initiate the call to 631-712-5720.

**THE FOLLOWING RULINGS WERE MADE:**

☒   Scheduling Order entered.

☐   The court has adopted and So Ordered the joint proposed scheduling order submitted by the parties.

☐   Referred to mediation by separate order.

☐   The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☐   Other:

                                                SO ORDERED

                                                /s/William D. Wall
                                                WILLIAM D. WALL
                                                United States Magistrate Judge